[PUBLISH]

# CORRECTED

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-14004

_____

D.C. Docket No.  6:13-cv-01336-KRS

DARLEEN R. SCHUSTER,

Plaintiff-Appellant,

RICHARD ALLEN CULBERTSON,

Petitioner-Appellant,

versus

COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

_____

Appeals from the United States District Court
for the Middle District of Florida

_____

**ON REMAND FROM THE UNITED STATES SUPREME COURT**

March 8, 2019

Before MARTIN, JILL PRYOR, and ANDERSON, Circuit Judges.

In light of the January 8, 2019 ruling of the Supreme Court in Culbertson v.

Berryhill, 586 U.S. __, 139 S. Ct. 517 (2019), we REMAND this case to the

District Court for calculation of attorney's fees.